IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| DARRELL L. MYERS  )  <br>AND  )  <br>LUCAS MYERS  )  <br>  )  <br>       PLAINTIFFS  )  <br>  )  <br>  )  <br>v.  )  <br>  )  <br>  )  <br>AGRILOGIC INSURANCE SERVICES, LLC  )  <br>AND  )  <br>OCCIDENTAL FIRE AND CASUALTY  )  <br>INSURANCE COMPANY OF  )  <br>NORTH CAROLINA,  )  <br>  )  <br>       DEFENDANTS  )  | Civil Action No. 5:14-cv-00227-JMH |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants, AGRILOGIC INSURANCE SERVICES, LLC (hereinafter "AgriLogic"), and OCCIDENTAL FIRE AND CASUALTY INSURANCE COMPANY OF NORTH CAROLINA (hereinafter "Occidental") (collectively, "Defendants"), by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state as follows:

AgriLogic is a wholly owned subsidiary of Ag Logic Holdings, LLC, a Texas limited liability company. No publicly held corporation owns 10% or more of AgriLogic's stock.

Occidental is a wholly owned subsidiary of McM Corporation, a North Carolina corporation. McM Corporation, in turn, is a wholly owned subsidiary of IAT Reinsurance Company, Ltd., a Bermuda corporation. No publicly held corporation owns 10% or more of Occidental's stock.

          Respectfully submitted,


          /s/ Bradley E. Cunningham
          Mark S. Fenzel
          mfenzel@middletonlaw.com
          Bradley E. Cunningham
          bcunningham@middletonlaw.com
          MIDDLETON REUTLINGER
          401 South Fourth Street, Suite 2600
          Louisville, KY 40202
          Telephone (502) 584-1135
          Facsimile (5020 561-0442
          *Counsel for Defendants*


## **CERTIFICATE OF SERVICE**

This is to certify that on June 10, 2014, a copy of the foregoing Rule 7.1 Corporate Disclosure Statement was filed with the clerk of the court by using the CM/ECF system, which will send a copy of the foregoing to:

Erik J. Wilbekin
27 E. Fourth Street
Covington, Kentucky 41011
erik_wilbekin@yahoo.com
*Counsel for Plaintiff*


          /s/ Bradley E. Cunningham
          *Counsel for Defendants*