IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| DARRELL L. MYERS AND LUCAS MYERS </br></br>PLAINTIFFS </br></br>v. </br></br>AGRILOGIC INSURANCE SERVICES, LLC AND OCCIDENTAL FIRE AND CASUALTY INSURANCE COMPANY OF NORTH CAROLINA, </br></br>DEFENDANTS | </br></br></br></br></br></br></br></br>Civil Action No. 5:14-cv-00227-JMH |

## MOTION TO DISMISS

Defendants, AGRILOGIC INSURANCE SERVICES, LLC and OCCIDENTAL FIRE AND CASUALTY INSURANCE COMPANY OF NORTH CAROLINA (collectively, "Defendants"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move the Court to dismiss the claims asserted against them in this action with prejudice on the grounds that Plaintiffs' Complaint fails to state a claim against Defendants upon which relief can be granted. A memorandum of law in support of the present motion and a proposed order are attached.

Respectfully submitted,

/s/ Bradley E. Cunningham
Mark S. Fenzel
mfenzel@middletonlaw.com
Bradley E. Cunningham
bcunningham@middletonlaw.com
MIDDLETON REUTLINGER
401 South Fourth Street, Suite 2600
Louisville, KY 40202
Telephone (502) 584-1135
Facsimile (5020 561-0442
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on June 17, 2014, a copy of the foregoing Motion to Dismiss was filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Erik J. Wilbekin
27 E. Fourth Street
Covington, Kentucky 41011
erik_wilbekin@yahoo.com
*Counsel for Plaintiff*

/s/ Bradley E. Cunningham
*Counsel for Defendants*