

# CROP INSURANCE SCHEDULE OF INSURANCE
For Crop-Hail and Other Non-Federally Reinsured Private Products
**AgriLogic Insurance Services, LLC**
Crop Division of Occidental Fire & Casualty Company of North Carolina

| | |
|---|---|
| Policy No. | CH8006534 |
| MPCI Policy No. | |
| Crop Year | 2012 |
| Page of Pages | 1 of 1 |

## APPLICANT INFORMATION / AGENCY INFORMATION

| APPLICANT INFORMATION | AGENCY INFORMATION |
|---|---|
| Name: DARRELL MYERS | Name: TLD INSURANCE AGENCY |
| Office #: | Cell #: (859) 473-0923 | Office #: 6068450453 | Cell #: |
| Street Address: 895 CASSIDY CREEK RD | Street Address: 7359 MT. CARMEL RD |
| City: CARLISLE | State: Kentucky | Zip Code: 40311 | City: FLEMINGSBURG | State: Kentucky | Zip Code: 41041 |
| E-mail: | E-mail: |

| SSN/EIN: XXX-XX-0910 | POLICY LOSS PAYABLE TO (ALIS USE ONLY. COMPLETE ASSIGNMENT OF INDEMNITY FORM.): | NEW ☐ OR CONTINUOUS ☐ | CHANGE ☐ |
|---|---|---|---|
| | | | AUTO-ACRE ☐ |

## SCHEDULE OF INSURANCE
The limit of insurance shown for each crop is not to be considered an agreement as to the value of the crop at any time nor to the amount payable.

| | County Code | Quarter Block | Sec. No. | Twp. | N / S | Range Survey | E / W | FSA Farm Serial No. | Common Farm Name | Share % | Crop | Policy Form Code | Additional Information (Endorsements, Map Area, etc.) | Acres Insured | Insurance Per Acre | Limit of Insurance Not Exceeding | Rate Per $100 | Whole Dollar Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 181 | | | | | | | 2169 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 65.00 | 3500 | $ 113750 | 12.80 | $ 14560 |
| 2 | 181 | | | | | | | 2169 | | 50.00 | Corn | BASIC | 1004 | 383.00 | 1000 | $ 191500 | 2.10 | $ 4022 |
| 3 | 181 | | | | | | | 2473 | | 50.00 | Corn | BASIC | 1004 | 47.60 | 1000 | $ 23800 | 2.10 | $ 500 |
| 4 | 181 | | | | | | | 2852 | | 50.00 | Corn | BASIC | 1004 | 12.00 | 1000 | $ 6000 | 2.10 | $ 126 |
| 5 | 181 | | | | | | | 3124 | | 50.00 | Corn | BASIC | 1004 | 5.00 | 1000 | $ 2500 | 2.10 | $ 53 |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |

| STATE: Kentucky | COUNTY: Nicholas (181) | | TOTALS: | 512.60 | xxxx | $ 337,550.00 | xxxx | $ 19,261.00 |
|---|---|---|---|---|---|---|---|---|

456 = Tobacco Wind Endorsement, 641 = Unharvested/Harvested Tobacco Form, 1004 = Wind Guard with Extra Harvest Expense

| | |
|---|---|
| Surcharge %: | |
| Net Premium: | $ |

AL-SOI-2012

Print Date: 1/11/2013



# CROP INSURANCE SCHEDULE OF INSURANCE
For Crop-Hail and Other Non-Federally Reinsured Private Products
**AgriLogic Insurance Services, LLC**
Crop Division of Occidental Fire & Casualty Company of North Carolina

| Policy No. | CH8006535 |
|---|---|
| MPCI Policy No. | |
| Crop Year | 2012 |
| Page of Pages | 1 of 1 |

## APPLICANT INFORMATION

Name: DARRELL MYERS

Office #:          Cell #: (859) 473-0923

Street Address: 895 CASSIDY CREEK RD

City: CARLISLE     State: Kentucky     Zip Code: 40311

E-mail:

SSN/EIN: XXX-XX-0910

## AGENCY INFORMATION

Name: TLD INSURANCE AGENCY

Office #: 6068450453          Cell #:

Street Address: 7359 MT. CARMEL RD

City: FLEMINGSBURG     State: Kentucky     Zip Code: 41041

E-mail:

POLICY LOSS PAYABLE TO (ALIS USE ONLY. COMPLETE ASSIGNMENT OF INDEMNITY FORM):

| NEW ☐ | OR | CONTINUOUS ☐ | CHANGE ☐ |
|---|---|---|---|
| | | | AUTO-ACRE ☐ |

## SCHEDULE OF INSURANCE
The limit of insurance shown for each crop is not to be considered an agreement as to the value of the crop at any time nor to the amount payable.

| | County Code | LOCATION Quarter Block | Sec. No. | Twp. | N S | Range Survey | E W | FSA Farm Serial No. | Common Farm Name | Share % | Crop | Policy Form Code | Additional Information (Endorsements, Map Area, etc.) | Acres Insured | Insurance Per Acre | Limit of Insurance Not Exceeding | Rate Per $100 | Whole Dollar Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 69 | | | | | | | 2523 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 18.00 | 3500 | $ 31500 | 13.10 | $ 4127 |
| 2 | 69 | | | | | | | 2639 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 30.00 | 3500 | $ 52500 | 13.10 | $ 6878 |
| 3 | 69 | | | | | | | 2523 | | 50.00 | Corn | BASIC | 1004 | 15.10 | 1000 | $ 7550 | 2.10 | $ 159 |
| 4 | 69 | | | | | | | 2639 | | 50.00 | Corn | BASIC | 1004 | 164.00 | 1000 | $ 82000 | 2.10 | $ 1722 |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |

STATE: Kentucky          COUNTY: Fleming (69)

456 = Tobacco Wind Endorsement, 641 = Unharvested/Harvested Tobacco Form, 1004 = Wind Guard with Extra Harvest Expense

| TOTALS: | 227.10 | xxxx | $ 173,550.00 | xxxx | $ 12,886.00 |
|---|---|---|---|---|---|

Surcharge %:

Net Premium: $

AL-SOI-2012

Print Date: 1/11/2013



# CROP INSURANCE SCHEDULE OF INSURANCE
### For Crop-Hail and Other Non-Federally Reinsured Private Products
**AgriLogic Insurance Services, LLC**
Crop Division of Occidental Fire & Casualty Company of North Carolina

| | |
|---|---|
| Policy No. | CH8006982 |
| MPCI Policy No. | |
| Crop Year | 2012 |
| Page of Pages | 1 of 1 |

## APPLICANT INFORMATION | AGENCY INFORMATION

**Name:** DARRELL MYERS  Cell #: (859) 473-0923

**Name:** TLD INSURANCE AGENCY

**Office #:** | **Cell #:** (859) 473-0923
**Office #:** 6068450453 | **Cell #:**

**Street Address:** 895 CASSIDY CREEK RD
**Street Address:** 7359 MT. CARMEL RD

**City:** CARLISLE  **State:** Kentucky  **Zip Code:** 40311
**City:** FLEMINGSBURG  **State:** Kentucky  **Zip Code:** 41041

**E-mail:**
**E-mail:**

**SSN/EIN:** XXX-XX-0910

**POLICY LOSS PAYABLE TO (ALIS USE ONLY, COMPLETE ASSIGNMENT OF INDEMNITY FORM):**

| NEW ☐ | OR | CONTINUOUS ☐ | CHANGE ☐ |
|---|---|---|---|

**AUTO-ACRE** ☐

## SCHEDULE OF INSURANCE
The limit of insurance shown for each crop is not to be considered an agreement as to the value of the crop at any time nor to the amount payable.

| | County Code | Quarter Block | Sec. No. | Twp. | N S | Range Survey | E W | FSA Farm Serial No. | Common Farm Name | Share % | Crop | Policy Form Code | Additional Information (Endorsements, Map Area, etc.) | Acres Insured | Insurance Per Acre | Limit of Insurance Not Exceeding | Rate Per $100 | Whole Dollar Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67 | | | | | | | 1957 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 14.00 | 3500 | $ 24500 | 11.30 | $ 2769 |
| 2 | 67 | | | | | | | 1957 | | 50.00 | Corn | BASIC | 1004 | 202.00 | 1000 | $ 101000 | 2.10 | $ 2121 |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |

**STATE:** Kentucky  **COUNTY:** Fayette (67)  **TOTALS:** 216.00  xxxx  $ 125,500.00  xxxx  $ 4,890.00

456 = Tobacco Wind Endorsement, 641 = Unharvested/Harvested Tobacco Form, 1004 = Wind Guard with Extra Harvest Expense

**Surcharge %:**
**Net Premium:** $

AL-SOI-2012

Print Date: 1/11/2013

**AL AgriLogic** INSURANCE SERVICES, LLC

00613
CIO: 11/1

# CROP INSURANCE SCHEDULE OF INSURANCE
### For Crop-Hail and Other Non-Federally Reinsured Private Products
**AgriLogic Insurance Services, LLC**
Crop Division of Occidental Fire & Casualty Company of North Carolina

| Policy No. | CH8006530 |
|---|---|
| MPCI Policy No. | |
| Crop Year | 2012 |
| Page of Pages | 1 of 1 |

| APPLICANT INFORMATION | AGENCY INFORMATION |
|---|---|
| Name: LUKE MYERS | Name: TLD INSURANCE AGENCY |
| Office #:          Cell #: | Office #: 6068450453          Cell #: |
| Street Address: 1205 CASSIDY CREEK RD | Street Address: 7359 MT. CARMEL RD |
| City: CARLISLE   State: Kentucky   Zip Code: 40311 | City: FLEMINGSBURG   State: Kentucky   Zip Code: 41041 |
| E-mail: | E-mail: |
| SSN/EIN: XXX-XX-3822 | POLICY LOSS PAYABLE TO (AIS USE ONLY. COMPLETE ASSIGNMENT OF INDEMNITY FORM.): |

| NEW ☐ | OR | CONTINUOUS ☐ | CHANGE ☐ |
|---|---|---|---|

## SCHEDULE OF INSURANCE
The limit of insurance shown for each crop is not to be considered an agreement as to the value of the crop at any time nor to the amount payable.

AUTO-ACRE

| | County Code | Quarter Block | Sec. No. | Twp. | N S | Range Survey | E W | FSA Farm Serial No. | Common Farm Name | Share % | Crop | Policy Form Code | Additional Information (Endorsements, Map Area, etc.) | Acres Insured | Insurance Per Acre | Limit of Insurance Not Exceeding | Rate Per $100 | Whole Dollar Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 181 | | | | | | | 2169 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 65.00 | 3500 | $ 113750 | 12.80 | $ 14560 |
| 2 | 181 | | | | | | | 2169 | | 50.00 | Corn | BASIC | 1004 | 383.00 | 1000 | $ 191500 | 2.10 | $ 4022 |
| 3 | 181 | | | | | | | 2473 | | 50.00 | Corn | BASIC | 1004 | 47.60 | 1000 | $ 23800 | 2.10 | $ 500 |
| 4 | 181 | | | | | | | 2852 | | 50.00 | Corn | BASIC | 1004 | 12.00 | 1000 | $ 6000 | 2.10 | $ 126 |
| 5 | 181 | | | | | | | 3124 | | 50.00 | Corn | BASIC | 1004 | 5.00 | 1000 | $ 2500 | 2.10 | $ 53 |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ . | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |

| STATE: Kentucky   COUNTY: Nicholas (181) | TOTALS: | 512.60 | $ 337,550.00 | $ 19,261.00 |
|---|---|---|---|---|

456 = Tobacco Wind Endorsement, 641 = Unharvested/Harvested Tobacco Form, 1004 = Wind Guard with Extra Harvest Expense

Surcharge %:
Net Premium: $

AL-SOI-2012

*(signature)* Luke Myers  11-1-12

Print Date: 10/18/2012

00614
CIO: 11/2

**AgriLogic**
INSURANCE SERVICES, LLC

# CROP INSURANCE SCHEDULE OF INSURANCE
For Crop-Hail and Other Non-Federally Reinsured Private Products
AgriLogic Insurance Services, LLC
Crop Division of Occidental Fire & Casualty Company of North Carolina

| | |
|---|---|
| Policy No. | CH8006532 |
| MPCI Policy No. | |
| Crop Year | 2012 |
| Page of Pages | 1 of 1 |

| APPLICANT INFORMATION | AGENCY INFORMATION |
|---|---|
| Name: LUKE MYERS | Name: TLD INSURANCE AGENCY |
| Office #:                     Cell #: | Office #: 6068450453                    Cell #: |
| Street Address: 1205 CASSIDY CREEK RD | Street Address: 7359 MT. CARMEL RD |
| City: CARLISLE      State: Kentucky      Zip Code: 40311 | City: FLEMINGSBURG      State: Kentucky      Zip Code: 41041 |
| E-mail: | E-mail: |

| SSN/EIN: XXX-XX-3822 | POLICY LOSS PAYABLE TO (ALIS USE ONLY. COMPLETE ASSIGNMENT OF INDEMNITY FORM.): | NEW ☐ | OR | CONTINUOUS ☐ | CHANGE ☐ |
|---|---|---|---|---|---|
| | | | | | AUTO-ACRE ☐ |

### SCHEDULE OF INSURANCE
The limit of insurance shown for each crop is not to be considered an agreement as to the value of the crop at any time nor to the amount payable.

| | County Code | LOCATION Quarter Block | Sec. No. | Twp. | N S | Range Survey | E W | FSA Farm Serial No. | Common Farm Name | Share % | Crop | Policy Form Code | Additional Information (Endorsements, Map Area, etc.) | Acres Insured | Insurance Per Acre | Limit of Insurance Not Exceeding | Rate Per $100 | Whole Dollar Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 69 | | | | | | | 2523 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 18.00 | 3500 | $ 31500 | 13.10 | $ 4127 |
| 2 | 69 | | | | | | | 2639 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 30.00 | 3500 | $ 52500 | 13.10 | $ 6878 |
| 3 | 69 | | | | | | | 2523 | | 50.00 | Corn | BASIC | 1004 | 15.10 | 1000 | $ 7550 | 2.10 | $ 159 |
| 4 | 69 | | | | | | | 2639 | | 50.00 | Corn | BASIC | 1004 | 164.00 | 1000 | $ 82000 | 2.10 | $ 1722 |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |

| STATE: Kentucky      COUNTY: Fleming (69) | TOTALS: | 227.10 | | $ 173,550.00 | | $ 12,886.00 |
|---|---|---|---|---|---|---|
| 456 = Tobacco Wind Endorsement, 641 = Unharvested/Harvested Tobacco Form, 1004 = Wind Guard with Extra Harvest Expense | | | | Surcharge %: | | |
| | | | | Net Premium: | | |

AL-SOI-2012

*Luke Myers 11-1-12*

Print Date: 10/18/2012

00615
CIO: 11/1

**AL AgriLogic**
INSURANCE SERVICES, LLC

# CROP INSURANCE SCHEDULE OF INSURANCE
For Crop-Hail and Other Non-Federally Reinsured Private Products
AgriLogic Insurance Services, LLC
Crop Division of Occidental Fire & Casualty Company of North Carolina

| | |
|---|---|
| Policy No. | CH8006983 |
| MPCI Policy No. | |
| Crop Year | 2012 |
| Page of Pages | 1 of 1 |

## APPLICANT INFORMATION

Name: LUKE MYERS
Office #:                Cell #:
Street Address: 1205 CASSIDY CREEK RD
City: CARLISLE          State: Kentucky       Zip Code: 40311
E-mail:
SSN/EIN: XXX-XX-3822

## AGENCY INFORMATION

Name: TLD INSURANCE AGENCY
Office #: 6068450453              Cell #:
Street Address: 7359 MT. CARMEL RD
City: FLEMINGSBURG        State: Kentucky      Zip Code: 41041
E-mail:

POLICY LOSS PAYABLE TO (ALIS USE ONLY. COMPLETE ASSIGNMENT OF INDEMNITY FORM.):

NEW ☐   OR   CONTINUOUS ☐   CHANGE ☐   AUTO-ACRE ☐

## SCHEDULE OF INSURANCE
The limit of insurance shown for each crop is not to be considered an agreement as to the value of the crop at any time nor to the amount payable.

| | County Code | Quarter Block | Sec. No. | Twp. | N S | Range Survey | E W | FSA Farm Serial No. | Common Farm Name | Share % | Crop | Policy Form Code | Additional Information (Endorsements, Map Area, etc.) | Acres Insured | Insurance Per Acre | Limit of Insurance Not Exceeding | Rate Per $100 | Whole Dollar Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67 | | | | | | | 1957 | | 50.00 | Burley Tobacco | XS5IP | 456, 641 | 14.00 | 3500 | $ 24500 | 11.30 | $ 2769 |
| 2 | 67 | | | | | | | 1957 | | 50.00 | Corn | BASIC | 1004 | 202.00 | 1000 | $ 101000 | 2.10 | $ 2121 |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |
| | | | | | | | | | | | | | | | | $ | | $ |

STATE: Kentucky          COUNTY: Fayette (67)

456 = Tobacco Wind Endorsement, 641 = Unharvested/Harvested Tobacco Form, 1004 = Wind Guard with Extra Harvest Expense

| TOTALS: | 216.00 | | $ 125,500.00 | | $ 4,890.00 |
|---|---|---|---|---|---|

Surcharge %:
Net Premium: $

AL-SOI-2012

*Luke Myers* 11-1-12

Print Date: 10/19/2012

AL-3-2011

## GENERAL PROVISIONS

**AGREEMENT TO INSURE:** We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions. If a conflict exists between the terms of the General Provisions and the Special Provisions, the terms of the Special Provisions will apply. If a conflict exists between the terms of a special crop endorsement and the General Provisions or Special Provisions, the special crop endorsement will apply.

### 1. COVERAGE.
We cover the crops specified at the locations described in the Schedule of Insurance.

We do not cover crops that have been damaged by an insured peril(s), as defined in the Special Provisions, prior to signing the application, unless agreed to in writing by us.

### 2. INSURANCE PERIOD.
The insurance is in effect from the time the crop is clearly visible above the ground until the crop is harvested, except as follows:

a. No coverage is in effect until 12:01 a.m. of the day following the date you and our agent sign the application.

b. For some crops, there is an additional waiting period if shown in the Special Provisions or in a special crop endorsement.

c. Coverage expires on the dates shown in the Special Provisions or special crop endorsement.

d. *Increase of Existing Insurance*
Insurance added to this policy becomes effective at 12:01 a.m. of the day following the date the revised Schedule of Insurance is accepted by us or as otherwise provided in the Special Provisions or special crop endorsement. We will not increase insurance if damage by an insured peril has already occurred, unless agreed to in writing by us.

e. *Decrease of Existing Insurance*
Reduction or cancellation of insurance will be effective at 12:01 a.m. of the date requested.

f. *Policy Term*
Your policy is in effect only until coverage expires and only for the crop year specified in the application. If you elect to purchase a new policy for the next or future crop years, we reserve the right to change any terms or provisions of the policy contract.

### 3. DUTIES AFTER LOSS.
a. *Your Duties Are:*
In case of a probable loss to crops insured under this policy you must:

(1) Give written notice to us within 10 days after the occurrence of one of the insured perils.

(2) Continue to care for each damaged field of insured crop until we have examined the field; provided, however, that with our written consent, you may preserve representative samples in each damaged field of insured crop.

(3) Allow us to examine the damaged crop as often as we reasonably require.

(4) Upon our request, provide a complete harvesting and marketing record of each insured crop.

(5) Upon our request, submit to an examination under oath.

(6) Sign a Withdrawal of Claim when our inspection of the crop determines that there is no payable loss under the terms of this policy.

(7) Within 60 days after your loss, unless we extend such time in writing, submit to us a signed statement in proof of loss declaring your loss and interest in the crop.

(8) If a claim is made on other insurance arising from the same occurrence for which a claim is made on this policy, upon our request, provide us with all claims material relating to the other insurance.

b. *Our Duties Are:*
(1) Adjust all losses.

(2) Pay the loss within 30 days after we reach agreement with you, entry of a final judgment, or the filing of any appraisal award with us.

c. *Adjustment Procedures.*
Both you and we agree that the percentage of loss will be determined using the crop-hail loss adjustment procedures published by National Crop Insurance Services, or in the absence of such procedures, other procedures as determined by us, for the particular crop insured and the applicable crop year.

d. *Deferred Adjustment.*
At times it may be necessary for us to defer the adjustment of a covered loss until the percentage of loss can be determined. You must continue to care for the damaged field of insured crop during this deferral period until the percentage of loss can be determined.

### 4. LOSS PAYMENT.
a. The amount payable per acre will be the limit of insurance applying on the date of the loss multiplied by the percentage of loss. However, the amount payable may not exceed the actual cash value of the portion of the crop destroyed by perils insured against.

b. If a crop loss is also covered by other crop-hail insurance, we will pay only the proportion of the loss that our limit of insurance bears to the total amount of insurance, provided, however that no crop insurance reinsured or approved by the Federal Crop Insurance Corporation will be prorated with this policy. If a crop

Based on a copyrighted work of NCIS and used under a limited license from NCIS

loss is also covered by other insurance, including but not limited to the following examples, farm property insurance or farm and ranch insurance, then we will pay only for the excess of such loss beyond the amount due from such other insurance, whether collectible or not, and not exceeding our limits of insurance.

## 5.   REDUCTION OF INSURANCE.
The limit of insurance applying to each acre of insured crop will be reduced:

a. By the gross percentage of loss determined for each loss.

b. By the same percentage as each acre of crop is harvested.

## 6.   APPRAISAL.
If you and we fail to agree on the percentage of loss caused by one of the insured perils, the following procedure will be used:

a. The entire crop or a representative sample of the crop, as defined in the policy, must remain intact until a determination of the percentage of loss is rendered by these procedures.

b. One of us will demand in writing that the percentage of loss be set by appraisal.

c. Each of us will select a competent appraiser and notify the other of the appraiser's identity within 10 days after receipt of the written demand.

d. The two appraisers will then select a competent, impartial umpire.  If within 10 days of the selection of the appraisers, the two appraisers are unable to agree upon an umpire, you or we can ask a judge of a court of record, in the state which the insured crop is grown, to select an umpire.  If the court fails to act on the request within 30 days, you or we can ask the American Arbitration Association to select an umpire.

e. The appraisers will then set the percentage of loss in accordance with provision 3.c. The appraisers' written agreement will be final and binding upon you and us.

f. If the appraisers fail to agree within 10 days, they will submit their difference to the umpire.  Written agreement signed by any two of these three will set the percentage of loss.  This written report of an agreement will be final and binding upon you and us.

g. In the event you or we fail to select an appraiser within the time allowed herein, the appraiser selected by the other party will set the percentage of loss and his written report will be final and binding upon you and us.

h. The determination of the percentage of loss rendered by these procedures may be entered in any court of competent jurisdiction as a final judgment.

Each appraiser will be paid by the party selecting that appraiser.   Other expenses of the appraisal and compensation of the umpire will be paid equally by you and us.

We will not be held to have waived any of our rights by any act relating to the appraisal.

## 7.   LIBERALIZATION.
If we adopt any revision which would broaden the coverage under this policy without additional premium, the broadened coverage will apply.

## 8.   VARIATION IN ACREAGE IN CASE OF LOSS.
When the actual acreage of a crop differs from the number of acres stated by item in the Schedule of Insurance:

a. A revised Schedule of Insurance per acre will be obtained by dividing the limit of insurance by the actual acreage at the location for such item.

b. The total insurance per acre on your insured interest will not exceed the value of the crop at the time of loss.

## 9.   ENTIRE AGREEMENT, WAIVER OR CHANGE OF POLICY PROVISIONS.
This policy, the application as accepted by us, and any endorsements issued by us and attached hereto constitute the entire agreement between you and us.  A waiver or change of any provision must be in writing and approved by us.   Our request for an appraisal or examination will not waive any of our rights.

## 10. ASSIGNMENT OF INTEREST.
You may not assign your interest in this policy without our written consent.

## 11. ASSIGNMENT OF INDEMNITY.
You may assign to another party your right to an indemnity for the crop year only on our form and with our approval.   The assignee will have the right to submit the loss notices and forms required by the policy.

## 12. CONCEALMENT OR FRAUD.
We do not provide coverage for any insured who has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, either before or after a loss.  In the event that any person does knowingly conceal or misrepresent any material fact or circumstance relating to this insurance or makes a fraudulent or falsified claim for payment of a loss or benefit, that person will be found guilty of a crime and may be subject to fines and/or confinement in a prison.

## 13. CANCELLATION OF POLICY.
a. *By You:*
   If you cancel or reduce coverage prior to inception of the insurance period, we will refund your paid premium for the amount of insurance canceled.  If you cancel or reduce coverage during the insurance period, we will not refund any premium.

b. *By Us:*
   We may cancel all or any part of the insurance provided by us at any time by notifying you in writing at least 10 days before the date and hour cancellation takes effect.  Notices of cancellation may be delivered or mailed to you at your mailing address shown in the declarations.  Proof of mailing will be sufficient proof of notice.

Based on a copyrighted work of NCIS and used under a limited license from NCIS

If we cancel all or any part of this policy, we will return the premium paid for the amount of insurance per acre on the portion canceled.

*(State law exceptions to the 10 days notice of cancellation, if any, are contained in the Special Provisions and/or state endorsements.)*

### 14. EXCLUSIONS.
We do not cover:
a. Loss from any peril not insured against, even though the loss may have occurred in conjunction with a peril insured against.

b. Consequential or indirect damages, such as but not limited to diseases, insect infestation, lodging, loss of markets, etc.

c. Loss of any portion of a crop recoverable by harvesting equipment.

d. Loss due to your neglect or failure to harvest mature crops.

e. Injury or damage to the vegetative or flowering portion of any plant, tree or shrub, except to the extent that the injury results in a loss to that crop.

f. Any loss that has been contributed to by nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

g. Any loss caused in whole or in part due to pollution or contamination caused by the discharge or escape of any pollutants or contaminants.

### 15. ABANDONMENT OF CROP.
We will not accept abandonment to us of any interest in any crop.

### 16. SUIT AGAINST US.
You cannot bring suit or action against us unless you have complied with all of the policy provisions.

If you do enter suit against us you must do so within 12 months of the occurrence causing loss or damage.

*(State law exceptions to the 12 months limitation, if any, are contained in the Special Provisions and/or state endorsements.)*

### 17. CONFORMITY TO STATUTES.
If any terms of this policy are in conflict with statutes of the state in which this policy is issued, the policy will conform to such statutes.

### 18. SUBROGATION. (Recovery of loss from a third party)
Because you may be able to recover all or a part of your loss from someone other than us, you must do all you can to preserve any such rights. If we pay you for your loss, your right of recovery will belong to us. If we recover more than we paid you plus our expenses, the excess will be paid to you.

### 19. INSPECTIONS.
We will be permitted, but not obligated, to inspect your property and operations at any time. Neither our right to make inspections, nor the making thereof, nor any report thereon, will constitute an undertaking on your behalf or for your benefit or the benefit of others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

### 20. PRE-JUDGMENT INTEREST.
If you and we do not reach agreement on the amount of loss, and whether we determine the amount of loss through the appraisal process or you file suit against us, you are not entitled to pre-judgment interest.

Based on a copyrighted work of NCIS and used under a limited license from NCIS

Crop-Hail Insurance
Optional Endorsement                                                                                          2011 AL-100

# OPTIONAL GREEN SNAP OR WIND ENDORSEMENT

## WITH EXTRA HARVEST EXPENSE OPTION

### *FOR CORN, SEED CORN, AND SWEET CORN*

I.  COVERAGE OPTIONS
- a.  Green Snap Coverage Option (GS) – Provides coverage for green snap only.
- b.  Green Snap Coverage Option with Extra Harvest Expense (GSEH) – Provides coverage for green snap and additional harvest expenses.
- c.  Wind Guard Coverage Option (WG) – Provides coverage for wind damage, including green snap.
- d.  Wind Guard Coverage Option with Extra Harvest Expense (WGEH) – Provides coverage for wind damage, including green snap and additional harvest expenses.

II.  DEFINITIONS
- a.  Bending – a corn stalk that is not severed, broken, or flattened but is leaning due to a severe wind event.
- b.  Breakage (broken) – a break in the stalk occurring between the brace roots and the ear causing the stalk to fall over but which does not sever the stalk.
- c.  Crops – the three crops insurable under the endorsement are commercial field corn grown for grain, seed corn, and sweet corn.
- d.  Direct Damage – is a yield loss that results from the inability to harvest ears of corn due to a severe wind event. The damage must be as result of green snap or wind damage in the insured acreage.
- e.  Eleven-Leaf Stage – 40 to 50 percent of the eleventh actual leaf is exposed and usually is the uppermost leaf tip pointing below a horizontal line. The collar of the eighth leaf and the tip of the thirteenth leaf are visible.
- f.  Extra Harvest Expense - The stalks of the insured crop on the unit are blown down by wind to the extent that the angle between the stalk and the ground is less than 20 degrees and the distance from the shank end of the highest ear on the stalk to the ground is less than 12 inches, but could still be mechanically harvested.
- g.  Flattening (flattened) – a condition where the entire stalk is lying on the ground but has not been severed or broken.
- h.  Green Snap – is a corn stalk free of insect, disease, chemical, or other pest damage that has been severed between the brace roots and the ear as a result of severe wind event to a point that it cannot be mechanically harvested.
- i.  Seven-Leaf Stage – 40 to 50 percent of the seventh actual leaf is exposed and usually is the uppermost leaf tip pointing below a horizontal line. The collar of the fifth leaf and the tip of the ninth leaf are visible.
- j.  Severed – physical detachment of the upper portion of the stalk from the lower portion of the stalk occurring between the brace roots and the ear caused by a severe wind event.
- k.  Wind Damage – is a corn stalk free of insect, disease, chemical, or other pest damage that has been damaged by a severe wind event that causes green snap, breakage, bending or flattening of the stalk to a point that it cannot be mechanically harvested.

III.  CONDITIONS
- a.  Coverage from this endorsement only attaches to the insurable acreage after coverage from the underlying AgriLogic Insurance Services Crop-Hail policy has attached.
- b.  The application for coverage under this endorsement and your option election must be submitted at the same time the application for the underlying AgriLogic Insurance Services Crop-Hail policy is submitted.
- c.  All insurable corn acreage of the each crop in which you have an insurable interest must be insured under the endorsement if you elect to purchase the endorsement for any of the acreage.  If the actual acreage differs from

Crop-Hail Insurance
Optional Endorsement                                                           2011 AL-100

the acreage reported on the Schedule of Insurance, a revised Schedule of Insurance will be calculated by dividing
the limit of insurance by the actual acreage.

IV.   COVERAGE
      This endorsement covers the direct damage from green snap or wind damage, based upon the option you select,
      caused by a severe wind event for each insurable crop reported by you.  The coverage offered through this
      endorsement substitutes the word "Wind" for the word "Hail" in the underlying Crop-Hail insurance policy except
      for the modifications below.
  a.  The term wind as used in the underlying Crop-Hail insurance policy will be construed in a manner consistent with
      the coverage option elected by the insured under this endorsement.
  b.  All liability for the insured crops on your accepted crop hail policy shall apply.
  c.  The amount of indemnity payable for the Green Snap or Wind Coverage Options on an acre basis is the **excess over
      10 percent loss disappearing at 50 percent** (DXS10). No indemnity is due until the percent of loss exceeds 10
      percent.  Once the 10 percent threshold is exceeded, the amount in excess of 10 percent is multiplied by 1.25 to
      determine the indemnity.  Once the percent loss equals or exceeds 50 percent, this provision no longer applies.
  d.  No payment will be made for Extra Harvest Expense until at least 20 acres or 20 percent of the insured crop on the
      field is blown down.  After meeting this requirement, the harvest expense payment will be the result of multiplying
      8% of the insurance per acre times the acres blown down (but could still be mechanically harvested), times your
      share in the acreage.
  e.  The coverage offered by this endorsement is reduced by any payment made by the underlying Crop-Hail policy and
      in no instance will it exceed the Limit of Liability indicated on the Schedule of Insurance for the Crop-Hail policy.
  f.  Coverage under this endorsement does not attach to the insurable acreage until your application is accepted and
      the insured crop has reached the seven-leaf stage.
      1.  Losses from the seven through ten-leaf stage will be determined using our stand reduction charts.
      2.  Starting with the eleven-leaf stage, losses are 1 for 1, as determined by us.
  g.  The coverage provided by this endorsement ends on any portion of an acre when:  it is treated with a chemical or
      combination of chemicals that may cause the stalk to become more brittle, when the insured crop has been
      harvested; or at 12:01 AM on September 15th for seed or sweet corn and on October 15th for commercial field corn
      grown for grain.

V.    EXCLUSIONS
  a.  Any reductions in yield or grain quality due to indirect damage from snow, sleet freezing rain, pollination problems,
      pest or disease infestations of any kind, ear size, ear drop, defoliation, barren stalks, or any other indirect causes of
      loss are not covered.
  b.  Any bending, broken, or flattened stalks that the ears of corn are recoverable with mechanical harvest equipment
      are not considered a loss under this endorsement.
  c.  Replant coverage is not provided under this endorsement.
  d.  All other crops not specifically indicated as being insurable under this endorsement such as blue corn, popcorn,
      high-amylose corn, high-oil corn, white corn, and other specialty crops are not insurable.

VI.   NOTICE OF LOSS
      If you believe damage has occurred to your insured crop, you must report such damage with 48 hours of the date
      damage occurs or within 36 hours if harvest has begun.

AgriLogic Insurance Services, LLC. – Crop Division of Occidental Fire and Casualty Company of NC                2

Crop-Hail Insurance
Optional Endorsement                                                                      2011 AL-100

VII.     SETTLEMENT OF CLAIM

a.   AgriLogic Insurance Services must inspect all affected acreage prior to the crop being harvested or destroyed.

b.   Any damaged acreage that is harvested or destroyed prior to the AgriLogic Insurance Services inspection is not eligible for an indemnity payment.

c.   The standard procedures used to adjust a loss will be used to determine the percent damage incurred as a result of direct damage.

d.   AgriLogic Insurance Services retains the right to establish a salvage value if the crop cannot be harvested mechanically as a result of damage caused by wind.

e.   In the event that acreage of the seed corn or sweet corn is by-passed due to damage caused by wind, AgriLogic Insurance Services reserves the right to establish an indemnity payment of 25% of the amount of insurance per acre on the Schedule of Insurance.

f.   Other forms of yield information will not be used to determine the amount of loss if not previously approved by AgriLogic Insurance Services.


**I have read this endorsement and been instructed by a licensed insurance agent of the coverage and exclusions provided by this endorsement and underlying policy.**


_____                    _____
            **Insured**                                                                       **Date**


_____                    _____
         **Licensed Agent**                                                              **Date**

**A signed copy of this endorsement by the applicant and the insurance agent must be attached to each copy of the application for underlying Crop-Hail Insurance policy before coverage will attach.**

AgriLogic Insurance Services, LLC. – Crop Division of Occidental Fire and Casualty Company of NC          3

CROP-HAIL INSURANCE                                                              2002 – NCIS 456
OPTIONAL ENDORSEMENT

### TOBACCO WIND ENDORSEMENT

In consideration of the additional premium your coverage is amended to include direct loss to tobacco caused by wind.

Wind loss shall be interpreted to mean injury to the plant above ground, only by the breaking off of stalks or destruction or removal of leaves or any portion thereof by wind.

*Excess Over 5% Loss*
We shall not cover loss until the percentage of loss per acre exceeds 5%.  The percentage then payable shall be the percent in excess of 5%.

### EXTENSION OF COVERAGE
a)      **Allowance for spoiled leaves.**  After the tobacco has reached the 20 leaf stage for burley, 14 leaf stage for dark air-cured, and the 8 leaf stage for dark-fired, we shall also cover loss or damage caused by spoilage of leaves on the plants that have been blown-over or blown-down.  Such loss or damage shall be limited to a maximum of 30% of the leaf area of each individual plant.

We shall not cover any loss to leaves under this Extension of Coverage until the loss per acre exceeds 5%.  The percentage per acre then payable shall be the percent in excess of 5%.

The percentage of loss payable under this extension shall be applied to insurance per acre remaining after any award allowed for direct loss caused by wind.

When setting up of blown-over plants is feasible, then payment for blown-over or blown-down plants shall be in accordance with extension b).

b)      **Allowance for setting-up blown-over plants.**  When any acre of insured tobacco has 10% or more of the plants blown-down or blown-over by wind, we shall reimburse you for your actual expense of setting-up the plants, not to exceed 5% of the limit of insurance applying to each acre per crop year.  This allowance for setting-up the plants shall reduce the insurance.  This extension of coverage shall not apply if any award has been made for blown-down or blown-over plants under extension a) Allowance for Spoiled Leaves.

© 2001 National Crop Insurance Services, Inc.

Crop Hail Insurance
Mandatory Endorsement



# HARVESTED GRAIN ENDORSEMENT

Your crop hail insurance coverage is amended to include coverage to insured grain crops, as described in your Schedule of Insurance, for additional causes of loss as described in this endorsement.

**I.   DEFINITIONS**

    a.   Crop – Each insurable crop contained in the Crop Hail Underwriting Rules and for which premium rates are provided.

    b.   Schedule of Insurance – The most current list of insured crops, units, locations, acres, share, amounts of insurance and other information established from your most recently accepted endorsement application.

**II.   COVERAGE**

    a.   This endorsement only applies to those crops that are listed in the Underwriting Rules and that have been harvested and stored in a standard grain storage facility.

    b.   Coverage begins in accordance with the crop hail policy, and expires when any of the following events occur:

        i.   the crop hail policy has been suspended, cancelled, or replaced by another crop hail policy, or

        ii.   the insured crops have been sold or delivered to an elevator, or

        iii.   the insured crops are no longer in custody of the policy holder or his/her tenants.

**III.   INSURED PERILS**

This endorsement provides coverage to stored grain damaged by direct loss to the crop caused by one or more of the following perils:

    a.   Fire & Lightning;

    b.   Windstorm or Hail, when:

        i.   Loss to the insured crop occurs as a result of damage caused by wind or hail to the storage facility.

        ii.   The structure must be sealed and secure, and the floors, wall, and roof must be made of concrete, wood, or metal.

    c.   Explosion, subject to exclusions set forth in this policy;

    d.   Vehicles and Aircraft - Direct loss due to contact of a vehicle or aircraft with the storage facility, excluding vehicles owned or operated by insured or tenant;

    e.   Transportation – Direct loss occurring from collision or overturn of a vehicle transporting the insured crop within 100 miles if the storage facility;

    f.   Smoke – Direct Loss from smoke due to unusual or faulty operation of heating or drying units, excluding loss from smog, agricultural smudging or industrial operations;

    g.   Vandalism – Willful and malicious damage or destruction of insured grain which is reported to law enforcement;

    h.   Theft – Any act of theft, larceny, or robbery, all while under the care of insured or tenant and which is reported to law enforcement with substantial evidence of forced or trespassed entry;

**IV.   EXCLUSIONS**

Any specific cause of loss excluded by the crop hail or MPCI policy on which the acreage is insured is hereby excluded under this policy.

This policy does not provide coverage for stored grain damaged by one or more of the following perils:

    a.   Negligence, mismanagement, or wrongdoing by you, any member of your family or household, your tenants, or employees;

    b.   Failure to follow recognized good storage practices for the insured crop;

    c.   Explosion of steam boilers, alcohol stills, steam pipes, or steam engines;

Case: 5:14-cv-00227-JMH-MAS   Doc #: 4-4   Filed: 06/17/14   Page: 15 of 19 - Page ID#: 56

Crop Hail Insurance
Mandatory Endorsement



   d.   Nuclear reaction, radiation, or radioactive contamination;
   e.   War;
   f.   Water that is contained by or within structures that are designed to contain a specific amount of water, such as dams, locks or reservoir projects, etc., when such water stays within the designed limits;
   g.   Any other cause of loss not otherwise specified in this policy as an insured peril.

## V.   NOTICE OF LOSS & PROTECTION AFTER LOSS
   a.   You must provide us with written notification of damage by an insured peril within 48 hours of the damage occurring.
   b.   The insured and their agents shall undertake reasonable measures to salvage any grain following a loss in order to minimize further loss.  In consideration of this clause, we will pay actual labor and other necessary documented costs incurred up to a maximum per bushel as follows:

| Type of Grain | Salvage Rate (per bushel) |
| --- | --- |
| Corn | $0.15 |
| Soybeans | $0.25 |
| Other | $0.10 |

## VI.   SETTLEMENT OF CLAIM & DEDUCTIBLE
   a.   Losses will be adjusted using the cash value of the insured grain at the time of loss, as determined by the highest market price of the insured grain at the closest local market in the 10 days following the loss.
   b.   In no event will the company be liable for more than the Amount of Insurance stated on the Schedule of Insurance times your interest in the insured crop.
   c.   Each claim is subject to a $50 deductible.

## XIII.   OTHER INSURANCE
If the loss to the insured crop is also covered by any other insurance policy, we will pay only our proportion of the indemnity with respect to the total amount of insurance offered by all policies, and in no event will we pay more than the amount of insurance as set forth in the Schedule of Insurance times your share in the insured crop.

**CROP-HAIL POLICY – UNHARVESTED AND HARVESTED TOBACCO FORM    2005-NCIS 641K**
**SPECIAL PROVISIONS**

**Kentucky**

**1.  PERILS INSURED AGAINST. (Unharvested Tobacco)**
We insure for direct loss to the crops described in the Schedule of Insurance caused by:

a.  *Hail*
b.  *Fire and Lightning*
c.  *Wind with Hail – Tobacco Only*
    We cover loss of unharvested tobacco caused by wind when hail destroys 5% or more of the crop during the same occurrence.

    Wind loss will be interpreted to mean injury to the plant above ground, only by the breaking off of stalks or destruction or removal of leaves or any portion thereof by wind. We do not cover loss or damage as a result of tobacco blown down by wind or fallen over from any cause.

**2.  EXCESS OVER 5% LOSS-INCREASING PAYMENT.**
We do not cover loss of unharvested tobacco caused by hail or wind with hail until the percentage of loss per acre exceeds 5%.  The percentage per acre then payable will be the percent in excess of 5%.

Once the percent of loss exceeds 85%, an additional 1% will be paid for each percent of loss in excess of 85%. The payable percentage may not exceed 100%.

**3.  PERILS INSURED AGAINST. (Harvested Tobacco)**
After the insured tobacco is harvested we insure for direct loss caused by:
a.  *Hail*

b.  *Fire and Lightning*

c.  *Windstorm and hail*
    After the tobacco is cut or primed and before it is housed we cover loss or damage caused directly by windstorm or hail only when the loss(es) exceeds 10%.  The percentage per acre then payable will be the percent in excess of 10%. We do not cover loss resulting from mud or dirt contamination.

    After the tobacco is housed in a fully enclosed building we cover loss or damage caused directly by windstorm and hail. We do not cover damage resulting from frost, cold weather, ice, snow or sleet, even if driven by wind. But if the roof or walls of your building are damaged by wind or hail, we cover any subsequent loss to the tobacco inside that is caused by snow, rain, sand or dust coming through the openings in the roof or walls.

d.  *Explosion*
    However, we do not cover loss caused by explosion originating within steam boilers, steam pipes, steam turbines, steam engines or flywheels, located in any building containing the property insured.

e.  *Vehicle and Aircraft*
    We cover loss of your insured tobacco resulting from a collision between a vehicle or an aircraft and the insured crops or the building housing it. We also cover your insured tobacco against loss or damage caused by objects falling from an aircraft, except spray or dusting materials.

    By vehicles we mean machines that run on land or tracks.  Aircraft includes self-propelled missiles and spacecraft.

    We do not cover loss or damage caused by a vehicle owned or operated by you or any tenant of the described premises.

f.  *Civil disturbance and Riots*
    We cover loss of insured tobacco resulting from a civil disturbance or a riot (including a riot during a strike). Losses due to looting and pillaging at the time and place of a riot are also covered.

    We do not cover damage to tobacco caused by a change in temperature or humidity or interruption of business resulting from civil disturbance or riots.

g.  *Transit Coverage*
    While the harvested crop is being transported from the farm premises, public stripping house or curing barn to the auction market, this policy is extended to cover loss caused by:

    (1) Fire and Lightning
    (2) Windstorm
    (3) Collision
    (4) Overturn
    (5) Collapse of bridges, docks and culverts

    Except, this extension of coverage will not apply while the harvested crop is being transported by common or contract carrier.

    However, *Transit Coverage* is excess over any other valid and collectible insurance.

<u>**Provisions Applying to the Unharvested Tobacco**</u>

**4.  INSURANCE EFFECTIVE. (Exception to General Provisions)**
Coverage on tobacco will become effective 12:01 a.m. the 7th day after the crop has been set in the field.

## 5. REPLANTING DESTROYED CROPS.

When any acre of crop has been damaged by hail to the extent that replanting is necessary, and replanting to the same or a substitute crop is feasible under the growing conditions where such crop is grown, we will reimburse you for your actual expense of replanting whether the crop is replanted or not.

The limit of insurance will be reduced by the replanting award. Insurance remaining above the cost of replanting will, subject to the conditions of this policy, insure the replanted crop if of like kind. If not of like kind, the insurance remaining will be transferred to the substitute crop at the appropriate premium upon approval by us. No Excess Over Loss or Deductible provision will apply to any replant award.

## 6. LOSS ADJUSTMENT.

The adjustment of any loss or claim for damage will not commence prior to the eighth day after the date of the occurrence of such claimed loss, except that this provision will not apply if replanting is necessary or if loss occurs after August 10.

In any stage of growth, coverage will apply only to marketable, commercial leaves. The individual leaf will be the unit of measurement of leaf area destroyed.

If a fractional part of one leaf is destroyed the leaf area destroyed will be the proportion that the fractional part bears to the whole of that leaf.

If adjustment is made before the tobacco is topped, adjustment will be based on an average leaf production of not less than 24 leaves on burley tobacco and not less than 14 leaves on dark-fired tobacco and not less than 20 leaves on dark air-cured tobacco.

### Provisions Applying to the Harvested Tobacco

## 7. LOSS DEDUCTIBLE.

The sum of $100 will be deducted from the amount of loss for each occurrence.

## 8. EXCLUSIONS.

We do not cover loss resulting directly or indirectly from:

a. *Neglect*, meaning neglect of the insured to use all reasonable means to save and preserve the tobacco at and after the time of a loss or when the tobacco is endangered by a peril insured against.

b. *Water damage*, meaning flood, surface water waves, tidal water, overflow of a body of water, whether or not driven by wind.

c. *War*, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequences of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

### Other Provisions Applying to Unharvested and Harvested Tobacco

## 9. FIRE DEPARTMENT SERVICE CHARGE.

We will pay up to $250 for your obligation assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect the insured tobacco. No Excess Over Loss or Deductible will apply.

## 10. NOTICE OF LOSS. (Exception to General Provisions)

In case of probable loss to crops you must give written notice to us within 5 days after the occurrence.

## 11. EXPIRATION OF INSURANCE.

We will not cover unharvested tobacco after 12:01 a.m., October 15 of the current year. We will not cover harvested tobacco after 12:01 a.m., March 15 or the closing of the market, whichever is later, of the year following the inception date of this policy.

We will not cover harvested tobacco after it has arrived inside a sales warehouse or public stripping house for curing, stripping and storage, or has been sold or otherwise marketed or abandoned.

### OPTIONAL PROVISION

Your application and rate of premium determine whether your coverage will be amended by the following optional provision.

### EXCESS OVER 10% LOSS – INCREASING PAYMENT PROVISION – (SYMBOL: XS10IP)

The Provision "*Excess Over 5% Loss—Increasing Payment*" is hereby deleted and the following substituted therefore:

We do not cover loss of unharvested tobacco caused by hail or wind with hail until the percent of loss per acre exceeds 10%. The percentage per acre then payable will be the percent in excess of 10%. Once the percent of loss exceeds 70%, an additional 1% will be paid for each percent of loss in excess of 70%. The payable percentage may not exceed 100%.

CROP-HAIL POLICY – BASIC FORM                    AL-616K-2012-KY

SPECIAL PROVISIONS

**Kentucky**

**1. PERILS INSURED AGAINST.**
We insure for direct loss to the crops described in the Schedule of Insurance caused by:
a. *Hail*

b. *Fire and Lightning*
We cover loss by fire and lightning before harvest and while crop is still in the harvester, except that fire and lightning will not apply to any crop that has been planted in small grain crop, stubble or residue.

Fire and Lightning coverage does not extend to cotton modules.

c. *Transit Coverage (Except Cotton and Tobacco)*
While the harvested crop is being transported to the first place of storage not to exceed 50 miles, this policy is extended to cover loss caused by:

(1) Fire and Lightning
(2) Windstorm
(3) Collision
(4) Overturn
(5) Collapse of bridges, docks and culverts

However, *Transit Coverage* is excess over any other valid and collectible insurance.

*FIRST PLACE OF STORAGE* means any drying apparatus, drying bins or storage facility of any kind.

d. *Fire Department Service Charge*
We will pay up to $250 for your obligation assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect the unharvested crop.

No Excess Over Loss or Deductible will apply to Fire, Lightning and Transit Coverage or Fire Department Service Charge.

e. *Wind with Hail-Tobacco only*
We cover loss of unharvested tobacco caused by wind when hail destroys 5% or more of the crop during the same occurrence.

After tobacco is cut or primed and until it is housed, we cover loss by windstorm or hail only when the loss(es) exceeds 10%. We do not cover loss resulting from mud or dirt contamination.

Wind loss will be interpreted to mean injury to the plant above ground only by the breaking off of stalks or destruction or removal of leaves or any portion thereof by wind. We do not cover loss or damage as a result of tobacco blown down by wind or fallen over from any cause.

**2. NOTICE OF LOSS. (Exception to General Provisions)**
In case of probable loss to crops you must give written notice to us within 5 days after the occurrence.

**3. TOBACCO.**
a. *Insurance Effective*
Coverage on tobacco will become effective 12:01 a.m. the 7th day after the crop has been set in the field. Coverage will continue until the tobacco is unloaded at the first place of housing.

b. *Excess Over 5% Loss – Increasing Payment*
We do not cover loss of unharvested tobacco caused by hail or wind with hail until the percent of loss per acre exceeds 5%. The percentage then payable per acre will be the percent in excess of 5%.

Once the percent of loss exceeds 85%, an additional 1% will be paid for each percent of loss in excess of 85%. The payable percentage may not exceed 100%.

c. *Loss Adjustment*
The adjustment of any loss or claim for damage will not commence prior to the eighth day after the date of the occurrence of such claimed loss; except that this provision will not apply if replanting is necessary or if the loss occurs after August 10.

At any stage of growth, coverage will apply only to marketable, commercial leaves. The individual leaf will be the unit of measurement of leaf area destroyed.

If a fractional part of one leaf is destroyed the leaf area destroyed will be the proportion that the fractional part bears to the whole of that leaf.

If adjustment is made before the tobacco is topped, adjustment will be based on an average leaf production of not less than 24 leaves on burley tobacco and not less than 14 leaves on dark-fired tobacco and not less than 20 leaves on dark air-cured tobacco.

**4. COTTON.**

AL-616K-2012-KY                         Page 1 of 2
AgriLogic Insurance Services, LLC. – Crop Division of Occidental Fire and Casualty Company of NC

We do not cover cotton in open bolls, or cotton bolls immature at the time of a killing frost or freeze.

**5.  CORN AND SORGHUM SEED PRODUCTION.**

On corn grown for seed purposes, the amount of any loss will be determined in the same manner as for ordinary field corn.   On sorghum crops grown for seed purposes, the amount of any loss will be determined in the same manner as for ordinary field sorghum.

**6.  HAY, FORAGE AND GRASS CROPS.**
  a. For hay, forage or other crops harvested more than once each growing season, the limit of insurance per acre provided for each cutting or harvest will be determined by dividing the total insurance per acre by the number of cuttings or harvests.
  b. If your schedule of insurance specifies a limit of insurance per acre for each cutting or harvest, Section (a) will not apply.

  c. When hay and grass crops grown for seed are insured:

     (1) The insurance will apply only to the cutting to be harvested for seed.
     (2) Until the seed is set, a maximum of 25% of the insurance per acre stated in the Schedule of Insurance will apply.

**7.  CANNING BEANS, KALE, SPINACH, OR TURNIP GREENS.**

Insurance per acre applying to each crop or planting of canning beans, kale, spinach, or turnip greens will be determined by dividing the total insurance per acre by the number of crops to be harvested.

**8.  REPLANTING DESTROYED CROPS (Except small grain crops and rice).**

When any acre of crop has been damaged by hail to the extent that replanting is necessary, and replanting to the same or a substitute crop is feasible, as determined by us, under the growing conditions where such crop is grown, we will reimburse you for your actual expense of replanting whether the crop is replanted or not.

The limit of insurance will be reduced by the amount of the replanting award.  Insurance remaining above the cost of replanting will, subject to the conditions of this policy, insure the replanted crop if of like kind; if not of like kind, the insurance remaining will be transferred to the substitute crop at the appropriate premium upon approval by us.  No Excess Over Loss or Deductible provision will apply to any replant award.

**9.  EXPIRATION OF INSURANCE.**

Coverage ceases at 12:01 a.m. on the following dates of the current year:

|  | Hail or Hail and Wind coverage: | Fire, Lightning and Transit coverage: |
|---|---|---|
| Cotton | November 15 | November 15 |
| Soybeans | November 15 | November 15 |
| Tobacco | October 15 | October 15 |
| Tree fruit | November 1 | November 1 |
| All other crops | October 15 | October 15 |

## OPTIONAL PROVISIONS

Your application and rate of premium determine whether your coverage will be amended by one of the following optional provisions.

### EXCESS OVER 10% LOSS – INCREASING PAYMENT PROVISION – TOBACCO ONLY – (SYMBOL: XS10IP)

The provision *"Excess Over 5% Loss-Increasing Payment"* is hereby deleted and the following substituted therefore:

We do not cover loss of unharvested tobacco caused by hail or wind with hail until the percent of loss per acre exceeds 10%.  The percentage then payable will be the percent in excess of such 10%.  Once the percent of loss exceeds 70%, an additional 1% will be paid for each percent of loss in excess of 70%.  The payable percentage may not exceed 100%.

### EXCESS OVER 5% LOSS – DISAPPEARING AT 25% PROVISION – CLASS E & F – (SYMBOL: DXS5)

We will not cover any loss until the percentage of loss per acre exceeds 5%.  The percentage per acre then payable will be the percent in excess of 5%, multiplied by 1.25.  Once the percentage of loss equals or exceeds 25% this provision will no longer apply.